# Harrison, Harrison & Associates, Ltd.

65 BROADWAY, 7th Floor
NEW YORK, NY, 10006
DIRECT DIAL (888) 239-4410
FAX (718) 799-9171
nycotlaw@gmail.com

Address all mail to:
110 State Highway 35, 2nd Floor
Red Bank, NJ 07701

December 20, 2017

VIA ECF

Honorable Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Tousaint* et al. *v. MJ-MC Home Health Care Agency, Inc.*
17-cv-01952 (LDH)(ST)

Dear Judge Tiscione:

We represent the three named plaintiffs —Marie Tousaint, Cherice Daniels, and Louisemie Dautruche ("Plaintiffs")—in the above-referenced matter. As per this Court's December 19th Order, attached hereto please find Plaintiffs' counsel's billing records supporting Plaintiffs' request for attorneys fees and costs. In addition, what follows is the relevant professional history and qualifications for David Harrison and Rebecca Arbolino who each performed work in this matter as listed in Plaintiffs' timesheets:

## **DAVID HARRISON**

David Harrison received his law degree from Benjamin N. Cardozo School of Law in 2004 and has been a managing partner at Harrison, Harrison & Associates ("HHA"), a law firm dealing almost exclusively with employee rights, ever since it was founded almost seven years ago. During this period, Mr. Harrison has served, and currently serves, as plaintiffs'-side counsel in numerous Fair Labor Standards Act ("FLSA") wage and hour individual, multi-plaintiff, collective and putative class actions in various Federal Courts across the country, including: the Southern and Eastern Districts of New York, the District of New Jersey, the Northern District of Illinois (admitted *pro hac vice*), the District of Connecticut (admitted *pro hac vice*), and the Central District of California (admitted *pro hac vice*). Mr. Harrison has also litigated wage and hour and discrimination cases in various New York State courts. Mr. Harrison is licensed to practice law before all of the courts of the States of New York, New Jersey, and Florida, as well as the Southern and Eastern Districts of New York, the District of New Jersey, the Second Circuit Court of Appeals, the Third Circuit Court of Appeals, and the United States Supreme Court.

Over the last several years, Mr. Harrison and HHA have been appointed class counsel or counsel for representative plaintiffs in numerous FLSA wage and hour collective/class actions. *See e.g. Perez v. Isabella Geriatric Ctr., Inc.*, No. 13-CV-7453 (RA), 2016 WL 5719802, at *3 (S.D.N.Y. Sept. 30, 2016)(appointing David Harrison Class Counsel in a FLSA/NYLL case involving approximately 950 certified nursing assistants); *Poonam Sharma et. al. v. Burberry Limited*, 12-CV-06356 (LDW)(AKT) (E.D.N.Y., August 12, 2015) (appointing HHA and David Harrison Class Counsel and granting final approval of $1.45 million FLSA collective and class action settlement); *Evan Hightower v. JPMorgan Chase Bank, N.A.*, CV 11-1802 (PSG)(PLA) (Cent. Dist. Calif., August 4, 2015) (granting final approval of $12 million FLSA collective and class action settlement involving over 149,000 class members); *Luis P. Taipe et. al. v. MC&O Contracting, Inc. et. al.,* No. 12-cv-4479 (JMA) (E.D.N.Y., June 18, 2015) (appointing HHA and David Harrison Class Counsel and granting preliminary approval of class action settlement involving 770 construction workers); *Dimitra Verikios et. al. v. Taina Corp., et. al.*, No. 12-cv-2592(MAS)(TJB) (D.N.J. March 17, 2015) (granting final approval of class action settlement involving 412 class members); *Kevin Royer et. al. v. J.P. Morgan Chase & Co., et. al.*, No. 11-cv-08205 (LTS)(RLE) (S.D.N.Y., November 3, 2014) (granting final approval of $16 million FLSA collective and class action settlement); *Errol K. Roberts et. al. v. Sterling Mets, L.P., et. al.*, No. 11-CV-3778 (KAM)(VMS) (E.D.N.Y., June 14, 2013) (granting final approval of wage and hour settlement and certification of settlement class in class action involving 1,294 class members).

Courts have recognized that HHA "has substantial experience in wage and hour cases…" *See e.g.* October 30, 2014 Order in *Verikios et. al. v.Taina Corp., et. al.*, No. 12-cv-2592 (TJB) (D.N.J., Oct. 30, 2014) (finding " that Class Counsel has substantial experience in wage and hours cases…"); March 27, 2013 Order in *Koshevatskiy et. al. v. M.J. Trans Corp., et. al.*, 12-cv-01677 (LB) ("Plaintiffs' counsel's law firm has substantial experience in wage and hours cases…"). *See also Payano et. al. v. Burberry Limited*, No. 15-CV-10178 (SN)(S.D.N.Y. Nov. 15, 2017)(appointing David Harrison class counsel and finding "that the lawyers [from HHA] have conducted themselves in an appropriate manner and have done good by the class").

## <u>REBECCA ARBOLINO</u>

Rebecca Arbolino is a January 2017 graduate of Pace University School of Law and worked as a law graduate at HHA from January through August, 2017 after which she resumed her academic career in the PhD program in Philosophy at the University of Illinois and began her studies in Philosophy of Law in the fall of this year. She anticipates taking the Bar Exam in 2018. Throughout her seven plus months employed at HHA, Ms. Arbolino devoted all of her work time working on plaintiff-side employment litigation matters, including numerous wage and hour individual, multi-plaintiff, collective and class actions.

In light of the above, Plaintiffs respectfully request that this Court approve the parties' Agreement and that the Court discontinue this case but retain jurisdiction over the implementation of the Agreement. We thank the Court for its attention to this matter.

                                          Respectfully submitted,
                                          /S/ DAVID HARRISON
                                          David Harrison

cc: All Counsel of Record (VIA ECF)

# Harrison Harrison & Associates

**110 State Highway 35, 2nd Floor**

**Red Bank, NJ 07701**

**Ph : 888-239-4410, Fax : 718-799-9171**

## User Entry Report from 11/21/2016 to 12/20/2017

| Date | Matter | Activity | Description | Labor | Total | Rate | Billable | Inv # | Amount |
|---|---|---|---|---|---|---|---|---|---|
| **Client : MJMC Home Attendant** | | | | | | | | | |
| **User : DAVID HARRISON** | | | | | | | | | |
| 02/22/17 | Non Matter Related | Consulting | conf. R.Arbolino re intake | 0.30 | 0.30 | 400.00 Hr | Yes | | $120.00 |
| 02/23/17 | Non Matter Related | Consulting | conf. GN re: other cases against ER/Def | 0.40 | 0.40 | 400.00 Hr | Yes | | $160.00 |
| 02/23/17 | Non Matter Related | Consulting | conf. RA re: CL meeting, communications w/ CL | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 03/07/17 | Non Matter Related | Travel | travel to/from Staten Island meeting | 1.00 | 1.00 | 400.00 Hr | Yes | | $400.00 |
| 03/07/17 | Non Matter Related | Meeting | meeting w/ CL and her son in Staten Island | 2.00 | 2.00 | 400.00 Hr | Yes | | $800.00 |
| 03/17/17 | Non Matter Related | Consulting | conf. MH re: drafting complaint, emails, revw'd file, conf. RA | 0.30 | 0.30 | 400.00 Hr | Yes | | $120.00 |
| 03/22/17 | Non Matter Related | Consulting | conf. MH re: drafting complaint | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 03/27/17 | Non Matter Related | Consulting | conf. RA | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 03/27/17 | Non Matter Related | Consulting | conf. RA | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 03/28/17 | Non Matter Related | Consulting | conf. RA | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 03/29/17 | Non Matter Related | Correspondence | emails | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 04/03/17 | Non Matter Related | Consulting | conf. RA | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 04/03/17 | Non Matter Related | Review | revw'd & edits to complaint | 0.60 | 0.60 | 400.00 Hr | Yes | | $240.00 |
| 04/04/17 | Non Matter Related | Consulting | conf. RA | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 04/05/17 | Non Matter Related | Other | finalized & ecf filed complaint, conf. RA re: same | 0.40 | 0.40 | 400.00 Hr | Yes | | $160.00 |
| 04/13/17 | Non Matter Related | Consulting | conf. RA | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 04/21/17 | Non Matter Related | Consulting | conf. RA | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 04/24/17 | Non Matter Related | Correspondence | email process server | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 04/24/17 | Non Matter Related | Phone Call | tel. CL | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 04/24/17 | Non Matter Related | Consulting | conf. RA re: retaliation, CL call | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 04/25/17 | Non Matter Related | Correspondence | email process server | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 04/28/17 | Non Matter Related | Correspondence | emails to/from & tel. process server re: Def's address, research on same. | 0.30 | 0.30 | 400.00 Hr | Yes | | $120.00 |
| 05/01/17 | Non Matter Related | Correspondence | emails, conf. RA | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 05/08/17 | Non Matter Related | Consulting | conf. RA re: CL calls | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 05/10/17 | Non Matter Related | Consulting | conf. RA re: CL questions | 0.30 | 0.30 | 400.00 Hr | Yes | | $120.00 |
| 05/12/17 | Non Matter Related | Research | | 0.30 | 0.30 | 400.00 Hr | Yes | | $120.00 |

| Date | Matter | Activity | Description | Labor | Total | Rate | Billable | Inv # | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/12/17 | Non Matter Related | Consulting | conf. RA | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 05/16/17 | Non Matter Related | Phone Call | tel. Def's atty | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 05/16/17 | Non Matter Related | Correspondence | emails | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 05/23/17 | Non Matter Related | Phone Call | tel. CL | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 05/24/17 | Non Matter Related | Consulting | conf. RA | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 05/25/17 | Non Matter Related | Review | revw'd damages calculation | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 06/07/17 | Non Matter Related | Research | research | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 06/20/17 | Non Matter Related | Phone Call | tel. Def's counsel | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 06/20/17 | Non Matter Related | Phone Call | tel. Def's counsel | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 06/22/17 | Non Matter Related | Consulting | conf. RA re: damages, 26a disclosures | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 06/22/17 | Non Matter Related | Correspondence | email Def's counsel | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 06/22/17 | Non Matter Related | Consulting | conf. RA re: intake notes, revw'd paystubs for hours worked | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 06/28/17 | Non Matter Related | Consulting | conf. RA re: 26a disclosures, CL contact issues | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 06/28/17 | Non Matter Related | Consulting | email, conf. RA re: damages | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 07/05/17 | Non Matter Related | Review | revw'd file, revw'd facts of each of the plaintiffs, conf. RA re: same, revw'd damages spreadsheet, email Def's counsel r | 0.80 | 0.80 | 400.00 Hr | Yes | | $320.00 |
| 07/05/17 | Non Matter Related | Phone Call | tel. Def's atty | 0.30 | 0.30 | 400.00 Hr | Yes | | $120.00 |
| 07/06/17 | Non Matter Related | Correspondence | emails | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 07/20/17 | Non Matter Related | Phone Call | tel. CL | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 07/20/17 | Non Matter Related | Consulting | conf. RA | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 07/24/17 | Non Matter Related | Consulting | conf. RA | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 07/25/17 | Non Matter Related | Correspondence | emails from RA, to JH re: CL meeting tom | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 07/27/17 | Non Matter Related | Phone Call | tel. CL | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 07/27/17 | Non Matter Related | Phone Call | tel. CL | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 07/28/17 | Non Matter Related | Correspondence | emails | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 07/30/17 | Non Matter Related | Phone Call | tel. CL | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 07/31/17 | Non Matter Related | Phone Call | tel. Def's atty | 0.30 | 0.30 | 400.00 Hr | Yes | | $120.00 |
| 08/06/17 | Non Matter Related | Correspondence | emails | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 08/23/17 | Non Matter Related | Phone Call | tel. CL re: update | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 08/29/17 | Non Matter Related | Phone Call | tel. CL | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 08/30/17 | Non Matter Related | Phone Call | tel. CL | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 09/08/17 | Non Matter Related | Correspondence | emails | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |

| Date | Matter | Activity | Description | Labor | Total | Rate | Billable | Inv # | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 09/08/17 | Non Matter Related | Phone Call | tel. Def's counsel | 0.30 | 0.30 | 400.00 Hr | Yes | | $120.00 |
| 09/11/17 | Non Matter Related | Correspondence | ecf order from the court | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 09/11/17 | Non Matter Related | Correspondence | tel. & email Def's counsel | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 09/11/17 | Non Matter Related | Review | revw'd docket, disc. plan worksheet | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 09/11/17 | Non Matter Related | Phone Call | tel. Def's counsel | 0.40 | 0.40 | 400.00 Hr | Yes | | $160.00 |
| 09/11/17 | Non Matter Related | Review | revw'd file | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 09/12/17 | Non Matter Related | Court | court appearance | 0.50 | 0.50 | 400.00 Hr | Yes | | $200.00 |
| 09/12/17 | Non Matter Related | Travel | travel to/from EDNY | 2.00 | 2.00 | 400.00 Hr | Yes | | $800.00 |
| 09/12/17 | Non Matter Related | Review | revw'd ecf court Order | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 09/13/17 | Non Matter Related | Research | research on 2nd Dept. HA case | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 09/14/17 | Non Matter Related | Phone Call | tel. Marie | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 09/20/17 | Non Matter Related | Phone Call | tel. CL | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 09/20/17 | Non Matter Related | Phone Call | tel. CL | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 09/26/17 | Non Matter Related | Correspondence | revw'd 26a disclosures, email re: same | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 10/02/17 | Non Matter Related | Correspondence | emails from/to Def's counsel | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 10/03/17 | Non Matter Related | Draft | revw'd & edits to 26(a) disclosures, draft Rogs & Doc Requests | 1.50 | 1.50 | 400.00 Hr | Yes | | $600.00 |
| 10/23/17 | Non Matter Related | Review | revw'd file, tel. Def's counsel | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 11/01/17 | Non Matter Related | Phone Call | tel. Def's atty | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 11/02/17 | Non Matter Related | Phone Call | tel. Def's counsel | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 11/05/17 | Non Matter Related | Phone Call | tel. CL | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 11/20/17 | Non Matter Related | Phone Call | tel. Cherice | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 11/20/17 | Non Matter Related | Consulting | conf. BF re: settlement conf | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 11/21/17 | Non Matter Related | Phone Call | tel. CL | 0.30 | 0.30 | 400.00 Hr | Yes | | $120.00 |
| 11/21/17 | Non Matter Related | Phone Call | tel. Def's counsel | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 11/21/17 | Non Matter Related | Phone Call | tel. CL | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 11/21/17 | Non Matter Related | Phone Call | tel. M.Tousaint | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 11/21/17 | Non Matter Related | Phone Call | tel. C.Daniels | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 11/21/17 | Non Matter Related | Phone Call | tel. Def's counsel | 0.30 | 0.30 | 400.00 Hr | Yes | | $120.00 |
| 11/21/17 | Non Matter Related | Phone Call | tel. Def's atty | 0.50 | 0.50 | 400.00 Hr | Yes | | $200.00 |
| 11/21/17 | Non Matter Related | Phone Call | tel. CL's daughter | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 11/21/17 | Non Matter Related | Review | revw'd file, conf. BF re: prep for court | 0.30 | 0.30 | 400.00 Hr | Yes | | $120.00 |
| 11/22/17 | Non Matter Related | Correspondence | email Def's counsel | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |

| Date | Matter | Activity | Description | Labor | Total | Rate | Billable | Inv # | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/22/17 | Non Matter Related | Review | revw'd damages chart | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 11/22/17 | Non Matter Related | Phone Call | tel. Def's counsel | 0.30 | 0.30 | 400.00 Hr | Yes | | $120.00 |
| 11/22/17 | Non Matter Related | Phone Call | tel. CL | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 11/22/17 | Non Matter Related | Other | draft damages percentages | 0.30 | 0.30 | 400.00 Hr | Yes | | $120.00 |
| 11/23/17 | Non Matter Related | Phone Call | tel. CL | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 11/24/17 | Non Matter Related | Phone Call | tel. CL | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 11/27/17 | Non Matter Related | Draft | draft settlement stmnt, research re: same | 2.00 | 2.00 | 400.00 Hr | Yes | | $800.00 |
| 11/27/17 | Non Matter Related | Phone Call | tel. court | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 11/27/17 | Non Matter Related | Research | legal research on 24 home attendant issues, conf. JS re: same | 0.50 | 0.50 | 400.00 Hr | Yes | | $200.00 |
| 11/27/17 | Non Matter Related | Phone Call | tel. CL | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 11/28/17 | Non Matter Related | Court | attended settlement conf. in EDNY before MJ Tiscione | 2.00 | 2.00 | 400.00 Hr | Yes | | $800.00 |
| 11/28/17 | Non Matter Related | Phone Call | tel. CL (Daniels) | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 11/28/17 | Non Matter Related | Travel | travel to/from EDNY | 2.00 | 2.00 | 400.00 Hr | Yes | | $800.00 |
| 11/28/17 | Non Matter Related | Phone Call | tel. CL | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 11/28/17 | Non Matter Related | Draft | draft consent to MJ form | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 11/28/17 | Non Matter Related | Correspondence | emails from/to Def's counsel | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 11/28/17 | Non Matter Related | Other | file consent to MJ form | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 11/29/17 | Non Matter Related | Consulting | conf. BF re: tax forms emailed/mailed to CLs, email re: same | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 11/30/17 | Non Matter Related | Correspondence | email from CL, conf. BF re: same | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 11/30/17 | Non Matter Related | Other | revw'd damages breakdown, drafted payment section of settlement agreement | 0.30 | 0.30 | 400.00 Hr | Yes | | $120.00 |
| 12/06/17 | Non Matter Related | Phone Call | tel. Def's atty | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 12/06/17 | Non Matter Related | Phone Call | tel. CL | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 12/06/17 | Non Matter Related | Consulting | conf. BF re: tax forms | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 12/08/17 | Non Matter Related | Correspondence | tax forms recv'd, conf. BF re: same, revw'd & edits to ltr. to Def's counsel, emails re: same | 0.30 | 0.30 | 400.00 Hr | Yes | | $120.00 |
| 12/15/17 | Non Matter Related | Review | revw'd agreement, edits to same, conf. Def's counsel re: same, tel. court, emails re: same | 0.80 | 0.80 | 400.00 Hr | Yes | | $320.00 |
| 12/15/17 | Non Matter Related | Draft | draft motion for approval to court | 0.30 | 0.30 | 400.00 Hr | Yes | | $120.00 |
| 12/15/17 | Non Matter Related | Consulting | conf. BF re: CL meetings & phone calls to review agreement | 0.30 | 0.30 | 400.00 Hr | Yes | | $120.00 |
| 12/17/17 | Non Matter Related | Phone Call | tel. Marie | 0.30 | 0.30 | 400.00 Hr | Yes | | $120.00 |
| 12/17/17 | Non Matter Related | Correspondence | fax recv'd from C.Daniels | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 12/17/17 | Non Matter Related | Draft | draft & finalize & ECF file motion for settlement approval, emails re: same | 0.40 | 0.40 | 400.00 Hr | Yes | | $160.00 |
| 12/17/17 | Non Matter Related | Draft | draft stip of dismissal, email re: same | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |

| Date | Matter | Activity | Description | Labor | Total | Rate | Billable | Inv # | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/18/17 | Non Matter Related | Correspondence | emails | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 12/18/17 | Non Matter Related | Correspondence | revw'd file, email Def's counsel | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 12/18/17 | Non Matter Related | Correspondence | email from Def's counsel | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 12/18/17 | Non Matter Related | Phone Call | tel. C.Daniels | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 12/18/17 | Non Matter Related | Meeting | CL meeting (Dartouche) to review & sign agreement | 1.00 | 1.00 | 400.00 Hr | Yes | | $400.00 |
| 12/19/17 | Non Matter Related | Phone Call | tel. Def's atty | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 12/19/17 | Non Matter Related | Phone Call | tel. Def's counsel | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 12/19/17 | Non Matter Related | Phone Call | tel. Def's counsel | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 12/19/17 | Non Matter Related | Court | phone court appearance before MJ Tiscione | 0.20 | 0.20 | 400.00 Hr | Yes | | $80.00 |
| 12/19/17 | Non Matter Related | Review | revw'd file, prep for conf. | 0.30 | 0.30 | 400.00 Hr | Yes | | $120.00 |
| 12/19/17 | Non Matter Related | Correspondence | ecf email | 0.10 | 0.10 | 400.00 Hr | Yes | | $40.00 |
| 12/20/17 | Non Matter Related | Draft | draft ltr. to MJ Tiscione, ecf file same | 0.30 | 0.30 | 400.00 Hr | Yes | | $120.00 |
| | | | **Total for DAVID HARRISON:** | **38.80** | **38.80** | | | | **$15,520.00** |
| **User : Law Clerk /Paralegal** | | | | | | | | | |
| 11/02/17 | Non Matter Related | Process Server | served summons and complaint | 0.00 | 1.00 | 125.00 Exp | | | $125.00 |
| 11/28/17 | Non Matter Related | Court | Attend settlement conference and met with Clients | 3.75 | 3.75 | 100.00 Hr | Yes | | $375.00 |
| 11/30/17 | Non Matter Related | Phone Call | Telephone 3 clients and send out tax forms , letters and email resame | 1.00 | 1.00 | 100.00 Hr | Yes | | $100.00 |
| 12/07/17 | Non Matter Related | Draft | Drafted Letter to defendants Counsel | 0.30 | 0.30 | 100.00 Hr | Yes | | $30.00 |
| | | | **Total for Law Clerk /Paralegal:** | **5.05** | **6.05** | | | | **$630.00** |
| **User : Rebecca Arbolino** | | | | | | | | | |
| 02/21/17 | Non Matter Related | Phone Call | Tel. cl | 0.75 | 0.75 | 150.00 Hr | Yes | | $112.50 |
| 02/22/17 | Non Matter Related | Research | Legal Research | 0.50 | 0.50 | 150.00 Hr | Yes | | $75.00 |
| 02/22/17 | Non Matter Related | Phone Call | Tel. Cl. | 1.00 | 1.00 | 150.00 Hr | Yes | | $150.00 |
| 02/23/17 | Non Matter Related | Phone Call | Tel. Cl. | 0.25 | 0.25 | 150.00 Hr | Yes | | $37.50 |
| 02/27/17 | Non Matter Related | Phone Call | Tel. Cl. | 0.50 | 0.50 | 150.00 Hr | Yes | | $75.00 |
| 02/28/17 | Non Matter Related | Review | reviewed file | 0.25 | 0.25 | 150.00 Hr | Yes | | $37.50 |
| 03/01/17 | Non Matter Related | Phone Call | Tel. Cl. | 0.30 | 0.30 | 150.00 Hr | Yes | | $45.00 |
| 03/10/17 | Non Matter Related | Phone Call | Tel. Cl. | 0.25 | 0.25 | 150.00 Hr | Yes | | $37.50 |
| 03/24/17 | Non Matter Related | Phone Call | Tel. Cl. | 0.25 | 0.25 | 150.00 Hr | Yes | | $37.50 |
| 03/24/17 | Non Matter Related | Correspondence | | 0.55 | 0.55 | 150.00 Hr | Yes | | $82.50 |
| 03/24/17 | Non Matter Related | Intake | | 0.55 | 0.55 | 150.00 Hr | Yes | | $82.50 |
| 03/27/17 | Non Matter Related | Phone Call | Tel. Cl. | 0.50 | 0.50 | 150.00 Hr | Yes | | $75.00 |
| 03/28/17 | Non Matter Related | Correspondence | revw'd corr. from cl | 0.50 | 0.50 | 150.00 Hr | Yes | | $75.00 |

| Date | Matter | Activity | Description | Labor | Total | Rate | Billable | Inv # | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03/28/17 | Non Matter Related | Phone Call | Tel. Cl. | 0.50 | 0.50 | 150.00 Hr | Yes | | $75.00 |
| 03/29/17 | Non Matter Related | Draft | Draft Complaint | 0.95 | 0.95 | 150.00 Hr | Yes | | $142.50 |
| 04/03/17 | Non Matter Related | Intake | | 0.25 | 0.25 | 150.00 Hr | Yes | | $37.50 |
| 04/03/17 | Non Matter Related | Filing | ecf File complaint | 0.50 | 0.50 | 150.00 Hr | Yes | | $75.00 |
| 04/04/17 | Non Matter Related | Edit | | 0.75 | 0.75 | 150.00 Hr | Yes | | $112.50 |
| 04/13/17 | Non Matter Related | Phone Call | Tel. Cl. | 0.30 | 0.30 | 150.00 Hr | Yes | | $45.00 |
| 04/20/17 | Non Matter Related | Review | review file,corr. | 0.50 | 0.50 | 150.00 Hr | Yes | | $75.00 |
| 04/24/17 | Non Matter Related | Phone Call | Tel. Cl. | 0.10 | 0.10 | 150.00 Hr | Yes | | $15.00 |
| 05/02/17 | Non Matter Related | Correspondence | | 0.10 | 0.10 | 150.00 Hr | Yes | | $15.00 |
| 05/05/17 | Non Matter Related | Phone Call | Tel. Cl. | 0.35 | 0.35 | 150.00 Hr | Yes | | $52.50 |
| 05/08/17 | Non Matter Related | Phone Call | Tel. Cl. | 0.50 | 0.50 | 150.00 Hr | Yes | | $75.00 |
| 05/10/17 | Non Matter Related | Correspondence | | 0.50 | 0.50 | 150.00 Hr | Yes | | $75.00 |
| 05/25/17 | Non Matter Related | Damages | Draft Damage Calc | 0.75 | 0.75 | 150.00 Hr | Yes | | $112.50 |
| 06/01/17 | Non Matter Related | Phone Call | Tel. Cl. | 0.15 | 0.15 | 150.00 Hr | Yes | | $22.50 |
| 06/02/17 | Non Matter Related | Phone Call | Tel. Cl. | 0.20 | 0.20 | 150.00 Hr | Yes | | $30.00 |
| 06/22/17 | Non Matter Related | Review | revw'd file | 1.00 | 1.00 | 150.00 Hr | Yes | | $150.00 |
| 06/22/17 | Non Matter Related | Phone Call | Tel. Cl. | 0.50 | 0.50 | 150.00 Hr | Yes | | $75.00 |
| 06/27/17 | Non Matter Related | Correspondence | recvid from CC | 0.20 | 0.20 | 150.00 Hr | Yes | | $30.00 |
| 06/28/17 | Non Matter Related | Review | Revw'd docs from CC | 0.40 | 0.40 | 150.00 Hr | Yes | | $60.00 |
| 07/05/17 | Non Matter Related | Correspondence | Text messages with cl Louise's husband | 0.10 | 0.10 | 150.00 Hr | Yes | | $15.00 |
| 07/20/17 | Non Matter Related | Phone Call | Phone call with client | 0.25 | 0.25 | 150.00 Hr | Yes | | $37.50 |
| 07/22/17 | Non Matter Related | Phone Call | Phone call with client | 0.25 | 0.25 | 150.00 Hr | Yes | | $37.50 |
| 07/24/17 | Non Matter Related | Draft | 26(a) disclosures | 0.75 | 0.75 | 150.00 Hr | Yes | | $112.50 |

|  |  |  | **Total for Rebecca Arbolino:** | **16.00** | **16.00** |  |  |  | **$2,400.00** |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  | **Total for MJMC Home Attendant:** | **59.85** | **60.85** |  |  |  | **$18,550.00** |
|  |  |  | **Grand Total:** | **59.85** | **60.85** |  |  |  | **$18,550.00** |